AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| Frankie Thomas Goulding | ) Case No. 3:23-mj-00052 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  07/02/2022  in the county of  Multnomah  in the _____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 751 | Escape from Custody |

This criminal complaint is based on these facts:

See attached affidavit outlining probable cause to arrest defendant for the crime of Escape from Custody.

☑ Continued on the attached sheet.

/s/ Kaleb Anderson
*Complainant's signature*

Kaleb Anderson, Deputy U.S. Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  1:21 pm  a.m./p.m.

Date:  March 21, 2023
*Judge's signature*

City and state:  Portland, Oregon    Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*